**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: **Cheryl Ann Moore** | : | Chapter 13 |
| Debtor | : |  |
|  | : | Bankruptcy No. 18-12240jkf |

### CERTIFICATION OF SERVICE

    I hereby certify that I have served a copy of the Debtor's Motion to Appoint Next Friend upon all other parties or their attorney of record by electronic filing through the Court system on June 9 2018.

                                          /s/ James P. McGarrity
                                              James P. McGarrity