# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: **Cheryl Ann Moore** | : | Chapter 13 |
| Debtor | : |  |
|  | : | Bankruptcy No. 18-12240jkf |

## CERTIFICATE OF NO RESPONSE

I, James McGarrity, Esquire, attorney for Moving Party, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection or other response has been filed by any interested party to the Debtor's MOTION TO APPOINT NEXT FRIEND.

/s/James P. McGarrity

James P. McGarrity