## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Cheryl Ann Moore**　　　　　　　　:　　Chapter 13
　　　　　　　Debtor　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:　Bankruptcy No. 18-12240jkf

## ORDER

AND NOW, on this _____ day of June, 2018, upon consideration of Motion by debtor to allow her agent to appear on her behalf and for good cause, it is hereby ordered that the Petition is GRANTED . Sharia Terry, debtor's daughter and agent-in-fact may appear on her behalf at the 341 Meeting as next friend and be examined in debtor's place and assist debtor with future bankruptcy requirements

.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Jean K. FitzSimon*
　　　　　　　　　　　　　　　　　　　_____

**Date: June 27, 2018**　　　　　　　　Jean K. FitzSimon,
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge