United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl Ann Moore  
      Debtor

Case No. 18-12240-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 27, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db         Cheryl Ann Moore,    2015 S. Hemberger Street,    PHILADELPHIA, PA   19145-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:  
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          JAMES P. MCGARRITY    on behalf of Debtor Cheryl Ann Moore mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Cheryl Ann Moore**  :  Chapter 13
       Debtor  :

: Bankruptcy No. 18-12240jkf

## ORDER

AND NOW, on this _____ day of June, 2018, upon consideration of Motion by debtor to allow her agent to appear on her behalf and for good cause, it is hereby ordered that the Petition is GRANTED. Sharia Terry, debtor's daughter and agent-in-fact may appear on her behalf at the 341 Meeting as next friend and be examined in debtor's place and assist debtor with future bankruptcy requirements

.

BY THE COURT:

*[signature: Jean K. FitzSimon]*

**Date: June 27, 2018**

Jean K. FitzSimon,
United States Bankruptcy Judge