# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: **Cheryl Moore**            :        Chapter 13
     Debtor            :
                           :
                           :        Bankruptcy No. 18-12240

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 23, 2018, Notice of the Debtor's APPLICATION TO EMPLOY REALTOR was served upon all other parties by electronic filing through the Court system.

BY:   /s/ James P. McGarrity

James P. McGarrity
Two Penn Center Plaza, Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102-1723
(215) 564-1951