# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: **Cheryl Moore**          :          Chapter 13
       Debtor          :
                                      :
                                      :          Bankruptcy No. 18-12240

## CERTIFICATION OF NO OBJECTION or RESPONSE

I, James P. McGarrity, Esquire, attorney for the debtor on the Application to employ Realtor, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection or other response has been made or filed by any creditor, or the Trustee, or any interested party.

|s| James P. McGarrity, Esquire
James P. McGarrity, Esquire
Attorney for Movant/Applicant