**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: **Cheryl Moore** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Bankruptcy No. 18-12240 |

**ORDER**

AND NOW, this   2nd   day of   August  , 2018, upon consideration of the Debtor's Application to Employ Real Estate Agent, and after proper service of the Notice and the filing of the Certification of No Objection, it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to employ Century 21 Advantage Gold as Real Estate Agent to sell the Debtor's properties listed in the Application, to be compensated at six percent (6%) commission of the gross sale price of each parcel of real estate. The Debtor will seek Court approval for each sale.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge