United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl Ann Moore  
    Debtor

Case No. 18-12240-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Aug 02, 2018  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.  
db      Cheryl Ann Moore,    2015 S. Hemberger Street,    PHILADELPHIA, PA    19145-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:  
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       JAMES P. MCGARRITY    on behalf of Debtor Cheryl Ann Moore mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: **Cheryl Moore**  :  Chapter 13
    Debtor  :
      :
      :  Bankruptcy No. 18-12240

**ORDER**

AND NOW, this  2nd  day of  August , 2018, upon consideration of the Debtor's Application to Employ Real Estate Agent, and after proper service of the Notice and the filing of the Certification of No Objection, it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to employ Century 21 Advantage Gold as Real Estate Agent to sell the Debtor's properties listed in the Application, to be compensated at six percent (6%) commission of the gross sale price of each parcel of real estate. The Debtor will seek Court approval for each sale.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge