**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Case# :18-12240jkf** |
| **Cheryl A. Moore** | : | |
| | : | |
| | : | |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**Cheryl A. Moore** has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**. (**If you do not have an attorney, you may wish to consult an attorney**).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on September 19 2018 at 9:30.m., in Courtroom 3, United States Bankruptcy Court 900 Market Street Philadelphia . If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

   Date:   August 10, 2018:

/s/ James McGarrity
James McGarrity

1500 John F Kennedy Blvd Suite 405

Philadelphia, PA 19102

.

Case 18-12240-jkf    Doc 42    Filed 08/10/18    Entered 08/10/18 17:46:08    Desc Main
Document      Page 2 of 2