**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: **Cheryl Moore** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Bankruptcy No. 18-12240jkf |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 9, 2018, Notice of the Debtor's MOTION FOR LEAVE TO SELL was served upon all other parties by electronic filing through the Court system.

BY:   /s/ James P. McGarrity

James P. McGarrity
Two Penn Center Plaza, Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102-1723
(215) 564-1951