# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: **Cheryl Moore**           :           Chapter 13
        Debtor           :
                   :
                   :           Bankruptcy No. 18-12240

## CERTIFICATION OF NO OBJECTION or RESPONSE

    I, James P. McGarrity, Esquire, attorney for the debtor on the Motion for Leave to Sell, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection or other response has been made or filed by any creditor, or the Trustee, or any interested party.

                                              |s| James P. McGarrity
                                              James P. McGarrity, Esquire
                                              Attorney for Movant/Applicant