# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cheryl Ann Moore<br>　　　　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>Cheryl Ann Moore<br>　　　　　　　　　　　Debtor(s)<br><br>William Miller *R<br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 18-12240 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Response to Motion to Sell of MIDFIRST BANK, which was filed with the Court on or about **09/17/2018. Doc. No. 47**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

September 19, 2018