## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Cheryl A. Moore | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 18-12240jkf |
| | : | |

## ORDER

AND NOW THIS 27th day of September, 2018, upon consideration of the Debtor's Motion for Leave to Sell Real Estate at 2015 S. Hemberger Street, and with the consent of the interested parties, it is hereby ORDERED that;

1. The Motion is granted;

2. The Debtor is authorized to sell the property located 2015 S. Hemberger Street, Philadelphia, PA to Willis Duong or his nominee for $90,000.00. The sale may take place immediately.

3. Debtor shall satisfy the mortgage with Midland Mortgage (claim #1) with an agreed mortgage payoff of $24,725.92, which is good until September 24, 2018. If the property does not settle by that date, additional interest will be added to the payoff.

4. In addition to the above mortgage, Debtor shall pay any amount necessary to remove liens to pass clean title, including the City of Philadelphia tax lien (claim #2) of $581.27.

5. The Debtor is authorized to pay transfer taxes, total realtor's commission to Century 21 Advantage Gold and the cooperating broker, and all ordinary settlement charges at the settlement.

6. The amount of $5,000.00 from the proceeds of the sale is to be made payable to "William C. Miller, Chapter 13 Trustee", 18-12240 and mailed by the settlement clerk to William C. Miller Trustee P.O Box 680 Memphis, TN 38101-0680.

7. The remaining proceeds of the Sale shall be paid to the Debtor, Cheryl Moore.

BY THE COURT:

_____

Jean K. FitzSimon
Bankruptcy Judge