United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl Ann Moore  
    Debtor

Case No. 18-12240-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 27, 2018  
                  Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db         Cheryl Ann Moore,    2015 S. Hemberger Street,    Philadelphia, PA   19145-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: megan.harper@phila.gov Sep 28 2018 02:30:19    City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA   19102-1595  
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2018 02:29:53    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA   17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2018 02:30:07    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                    TOTAL: 3

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
r            Century 21 Advantage Gold  
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JAMES P. MCGARRITY    on behalf of Debtor Cheryl Ann Moore mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Cheryl A. Moore             :            Chapter 13
       Debtor            :
                             :            Bankruptcy No. 18-12240jkf
                             :

## ORDER

AND NOW THIS 27th day of September, 2018, upon consideration of the Debtor's Motion for Leave to Sell Real Estate at 2015 S. Hemberger Street, and with the consent of the interested parties, it is hereby ORDERED that;

1. The Motion is granted;

2. The Debtor is authorized to sell the property located 2015 S. Hemberger Street, Philadelphia, PA to Willis Duong or his nominee for $90,000.00. The sale may take place immediately.

3. Debtor shall satisfy the mortgage with Midland Mortgage (claim #1) with an agreed mortgage payoff of $24,725.92, which is good until September 24, 2018. If the property does not settle by that date, additional interest will be added to the payoff.

4. In addition to the above mortgage, Debtor shall pay any amount necessary to remove liens to pass clean title, including the City of Philadelphia tax lien (claim #2) of $581.27.

5. The Debtor is authorized to pay transfer taxes, total realtor's commission to Century 21 Advantage Gold and the cooperating broker, and all ordinary settlement charges at the settlement.

6. The amount of $5,000.00 from the proceeds of the sale is to be made payable to "William C. Miller, Chapter 13 Trustee", 18-12240 and mailed by the settlement clerk to William C. Miller Trustee P.O Box 680 Memphis, TN 38101-0680.

7. The remaining proceeds of the Sale shall be paid to the Debtor, Cheryl Moore.

BY THE COURT:

Jean K. FitzSimon
Bankruptcy Judge