# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: Cheryl A. Moore | : | Chapter 13 |
| Debtor | : |  |
|  | : | Bankruptcy No. 18-12240jkf |

## NOTICE OF DEBTOR'S CHANGE OF ADDRESS

Please take notice of the Debtor's change of address in the above captioned matter to:

**6028 Tackawanna St., Philadelphia, PA 19135.**

/s/ James McGarrity
James P. McGarrity
Attorney for Debtor