# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: Cheryl A. Moore | : | Chapter 13 |
| Debtor | : |  |
|  | : | Bankruptcy No. 18-12240jkf |

## Certification of Service

    I hereby certify that I have served a copy of the Debtor's Motion to Modify the Dismissal Order to Retain Jurisdiction to Approve a Fee Application upon all other parties or their attorney of record by electronic filing through the Court's electronic system on, December 15, 2018, and by Emailing a copy to the Debtor to her Next Friend and daughter with whom she resides Sharia Terry.

/s/ James P. McGarrity
James P. McGarrity